THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

JEFFREY GEORGE            CASE No. 08-65269
                                   Chapter 7
                                   Honorable Phillip J. Shefferly

                 Debtor(s)          /

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $160.31 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name(s) of the Party(ies) entitled to these unclaimed dividends are as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Michigan Catholic Credit Union | 2 | $160.31 |
| | | |
| **TOTAL** | | **$62.72** |

Dated: February 24, 2011          /s/ Kenneth A. Nathan
                                         Kenneth A. Nathan, Trustee
                                         260 Franklin Center
                                         29100 Northwestern Highway
                                         Southfield, MI 48034
                                         (248) 351-0099
                                         knathantrustee@nathanzousmer.com